UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MAHESH SHASTRY f/k/a MAHESH GOPALAKRISHNA, ET AL., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:16-CV-3335-G (BN) |
| U.S. BANK NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO WACHOVIA BANK NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR16, | ) ) ) ) ) ) ) ) ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS AND CONCLUSIONS OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge dated March 2, 2017, the court finds that the findings and recommendation of the

magistrate judge are correct and they are accepted as the findings and recommendation of the court.

It is therefore **ORDERED** that the findings and recommendation of the United States Magistrate Judge are accepted and plaintiffs' motion to remand (docket entry 9) is **DENIED**.

March 23, 2017.

*/s/ A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**